# United States District Court

### SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **CR218-14**

United States of America

vs.                                                                                             **Karl Knoche**
**Richard Carter**                                                                  U. S. Attorney
**1:35 - 2:05**
                                                                                                  **Thomas Peterson**
Defendant/Age                                                                       Attorney for Defendant

☑ Plea agreement **(Received).**     ☑ Defendant Sworn     ☐ Counsel Waived.

☐ Plea agreement previously filed.

☐ Arraigned and plead _____ to count(s) _____ .

☑ Plea of not guilty withdrawn and plea of **Guilty** entered as to count(s) **23 - lesser included** of the indictment.

☑ Factual basis **Established.  Oral.  Plea Accepted** Witness for factual basis **S/A Souza** .

☑ Adjudication of guilt **Made.**

☑ Referred to probation office for pre-sentence investigation **Yes.**

☑ Sentencing Scheduled for **Later Date** at **TBD** .

☑ Bond Continued **Yes.**     Bond modified to _____ .

Bond set at _____ _____

☐ Bond not made defendant in jail.

☐ Defendant remanded to custody of United States Marshal.

Honorable **Lisa Godbey Wood, U. S. District Court Judge**     Date **09/21/2018**
Court Reporter **Debra Gilbert**                                               Probation Officer **Alex Wade**
Courtroom Deputy Clerk **Whitney Sharp**                         U.S. Marshal **Marty**