# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

CHANGE OF PLEA IN   USA v. Richard Carter

CRIMINAL NO.  CR218-14   AT   Brunswick, GA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WITH CONSENT OF THE COURT, THE DEFENDANT  Richard Carter , HAVING PREVIOUSLY ENTERED A PLEA OF  Not Guilty , HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA OF  Guilty  TO  Count twenty-three (23) - Lesser Included  IN THE INDICTMENT.

THIS  21st  DAY OF  September , 2018.

NOLLE PROSSE AS
TO COUNT(S) _____

_____
Richard Carter   DEFENDANT

_____
COUNSEL FOR DEFENDANT
Thomas Peterson